**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joan Fink,

Plaintiff,

Civil 10-1364 (RHK/JJK)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 13, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge